**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**DAGMAR MARIE TODOROVA,**

       **Plaintiff,**

    **vs.**                         **No. 1:17-CV-551-KRS**

**NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,**

       **Defendant.**

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to Seal

Administrative Record (Doc. 11), it being stated that Plaintiff concurs in the granting of the

motion, the Court having read the motion and being fully advised in the premises finds that there

is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the

above-referenced case shall be permanently sealed. Access to the administrative record shall be

limited to the Court and the case participants only.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE