# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DAGMAR MARIE TODOROVA,

    Plaintiff,

v.                                                                           No. 1:17-cv-00551-KRS

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 15) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff.

                                                                                        _____
                                                                                        **KEVIN R. SWEAZEA**
                                                                                       **UNITED STATES MAGISTRATE JUDGE**