IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAGMAR MARIE TODOROVA,**

    **Plaintiff,**

vs.                                                           No. CV 17-0551 KRS

**NANCY A. BERRYHILL,**
**Deputy Commissioner of Social Security,**[1]

    **Defendant.**

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

THIS MATTER comes before the Court upon Francesca J. MacDowell's Unopposed Motion to Withdraw (Doc. # 24). Having found that Ms. MacDowell has complied with D.N.M. L.R. 83.8(a) by showing that the Motion is not opposed, and by providing reference to Ms. Todorova's intent to appear *pro se*, and the location of Ms. Todorova's address and contact information, the Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that Francesca J. MacDowell is allowed to withdraw from representation of Plaintiff Dagmar Marie Todorova in this action.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] Deputy Commissioner Berryhill is tasked with performing the duties and functions not reserved to the Commissioner of Social Security, which includes being named as a Defendant in this case. See https://www.ssa.gov/org/dco.htm (last visited April 25, 2018).